U.S. FEDERAL COURT HOUSE

EMMANUEL EVANGEL ELDER,
1200 E. BRIN STREET,
TERRELL, TEXAS 75160,
           PETITIONER.

V.

ANDREW RIAZ,
MICHAEL PITTMAN,
111 COMMERCE BLVD,
DALLAS, TEXAS 75207,
           RESPONDENT'S.

MICHAEL PITTMAN,
391 E. LAS COLINAS BLVD,
SUITE 130 - 458,
IRVING, TEXAS 75039,
           RESPONDENT.

28 U.S.C. 1331.

BREACH OF CONTRACT.
MARITIME ADMIRALITY.
ARTICLES OF INCORPORATION.
INJUNCTION.

RECEIVED

JAN 03 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

**1:22-cv-0024-RP**

DATE: 12/26/2021

*Emmanuel Evangel Elder*

EMMANUEL EVANGEL ELDER,
1200 E. BRIN STREET,
TERRELL, TEXAS 75160
           PETITIONER

MICHAEL YITTMAN
TAX I.D # 75-2388440,
391 E. LAS COLINAS BLVD,
IRVING, TEXAS 75039,
PH # 214-631-3663,
FAX # 469-384-3917.

LEW STERRETT JUSTICE CENTER,
111 COMMERCE BLVD,
1ST FL - 9TH FL,
DALLAS COUNTY,
DALLAS, TEXAS 75207.

DALLAS COUNTY SHERIFF'S
DEPARTMENT,
111 COMMERCE BLVD,
DALLAS COUNTY,
DALLAS, TEXAS 75207.

LEW STERRETT JAIL
111 COMMERCE BLVD,
DALLAS COUNTY,
DALLAS, TEXAS 75207.

FRANK CROWLEY
COURTS BUILDING,
133 N. RIVERFRONT BLVD,
DALLAS, TEXAS 75207.

FERNANDEZ - GILL MEDICAL,
111 COMMERCE BLVD,
DALLAS, TEXAS 75207.

TEXAS HEALTH AND
HUMAN SERVICES,
5451 N. I-35,
AUSTIN, TEXAS 78723.

PARKLAND PSYCHIATRIC HOSPITAL,
111 COMMERCE BLVD,
DALLAS, TEXAS 75207.

PARKLAND PSYCHIATRIC DEPARTMENT,
111 COMMERCE BLVD,
DALLAS, TEXAS 75207.

MARK D. MESSER,
DIRECTOR OF OPERATION(S),
SUPERINTENDENT,
TERRELL STATE HOSPITAL,
1200 E. BRIN STREET,
TERRELL, TEXAS 75160

<u>STATEMENT OF FACTS</u>

ON OR ABOUT THE FOLLOWING DATE, 8/09/2020, 8/10/2020, 10/07/2020, 10/28/2020, 11/02/2020, 12/06/2020, 6/07/2021 AND 10/27/2021 TRANSMITTING UTILITY INCORPORATED BUSINESS ENTITY, EMMANUEL ELDER ID # 4021807, APT 406, LAKEWOOD, OHIO 44107, IN ACCORDANCE TO MARITIME ADMIRALITY, JURISDICTION OF ENTITY'S ARTICLES OF INCORPORATION NOTICE, COPYRIGHT INFRINGEMENT NOTICE, SCHEDULES OF FEE'S NOTICE, PROPERTY RECEIPT NOTICE, FOR WHICH ARE REGISTERED WITH THE OHIO SECRETARY OF STATE, WAS SEIZED BY RESPONDENT'S ANDREW RIAZ AND MICHAEL PITTMAN BY WAY OF STATUTES OF FRAUD PETITION(S) FOR PSYCHIATRIC EVALUATION WITHOUT PSYCHIATRIC RATIONAL, DONE IN ORDER TO OBTAIN CONSERVATORSHIP VIA ADOPTION, AND THEREFORE FIDUCIARY CONTROL IN ORDER TO BILL DEBT OBLIGATION(S) TO THE TEXAS HEALTH AND HUMAN SERVICE FOR $800.00 A DAY HOUSING STOREAGE FEE'S, MEDICAID BILL'S FOR PSYCHIATRIC SERVICE FEE'S AND MEDICATION(S), SNAP FOOD BENEFITS, AND DALLAS CO. SHERIFF'S SECURITY FEE'S, AS WELL AS TO ACCESS SAID ENTITY'S IRS INCOME REVENUE, IN WHICH GENERATED INCOME FOR THEMSELVES WHILE PREVENTING THE LEGAL AUTHORIZED PRINCIPAL, EMMANUEL EVANGEL ELDER, SS # XXX-XX-1309, OF 1277 COVE AVE, APT 406, LAKEWOOD, OHIO 44107 FROM GENERATING INCOME REVENUE. SAID ENTITY WAS PLACED INTO THE STOREAGE WAREHOUSE LOCATED WITHIN THE LEW STERRETT JUSTICE CENTER. THE CLAIM'S IN SUPPORT OF THESE FACTS DEFINE A LITANY OF BREACH OF CONTRACT(S), ESTABLISHED UNDER PRIVATE SECURITY AGREEMENT. THE SEIZURE WAS DONE WITHOUT SIGNATURE, WITHOUT AGREEMENT, WITHOUT NOTICE, WITHOUT EXPRESSED, WRITTEN OR IMPLIED CONSENT AND HAS PLACED PRINCIPAL IN DEFAULT PAYMENT CREDIT STATUS OF THE TEXAS HEALTH AND HUMAN SERVICES.

EMMANUEL ELDER

P.2

ⓘ Company Info

| | |
|---|---|
| Entity Number: | 4021807 |
| Business Name | EMMANUEL ELDER |
| Original Filing Date | 04/26/2017 |
| Business Status | |
| Business Type | FICTITIOUS NAMES |
| Exp. Date | 04/26/2022 |
| Location. | |

Added: 2019-01-18 03:56  Updated: 2021-06-01 14:48

**Registered On 04/26/2017**

BACK 2 HOPE FOUNDATION

JMAR PROPERTY, LLC

CEC LANDSCAPE ARCHITECTS, LLC

TKS LLC

WINDY ACRES OF SOUTH SOLON, LLC

THE POOL OF BETHESDA HEALING CENTER INC.

HOPE UNITED METHODIST CHURCH LEGACY FOUNDATION, INC.

EUCLID HEIGHTS BLVD. II, LLC

INNOW WATER AND ENVIRONMENTAL SERVICES

COLUMBUS COLLISION CENTERS

**Similar Names**

EMMANUEL GLOBAL NETWORK USA

EMMANUEL LEE WIGGINS

EMMANUEL CHRISTIAN SCHOOL

EMMANUELS LAWN CARE, SNOW PLOW & CARPET CLEANING SERVICES LLC

EMMANUEL PASSIONFORTHECHILD FOUNDATION INC

EMMANUEL INVESTMENT GROUP LLC

EMMANUEL TABERNACLE CHURCH APOSTOLIC FAITH

EMMANUELS BREAD INC

EMMANUEL MYANMAR CHURCH, INC

EMMANUELS FLOORING LLC

**Registered Agent Info**

| | |
|---|---|
| Registered Agent Name | EMMANUEL EVANGEL ELDER |
| Status | Active |
| ⊙ Address | 1277 COVE AVE, APT 406, LAKEWOOD OH 44107 |

1.)    WITHIN THE LEW STERRETT JUSTICE CENTER, 111 COMMERCE BLVD, DALLAS COUNTY, DALLAS, TEXAS 75207, ON OR ABOUT OCT 7TH 2020, TRANSMITTING UTILITY INCORPORATED BUSINESS ENTITY EMMANUEL ELDER ID# 4021807, OF, 1277 COVE AVE, APT 406, LAKEWOOD, OHIO 44107, IN ACCORDANCE TO MARITIME ADMIRALTY, JURISDICTION OF ENTITY'S ARTICLES OF INCORPORATION NOTICE, COPYRIGHT INFRINGEMENT NOTICE, SCHEDULES OF FEE'S NOTICE, PROPERTY RECEIPT NOTICE. FOR WHICH ARE REGISTERED WITH THE OHIO SECRETARY OF STATE, WAS SEIZED BY ANDREW RIAZ WHEN SAID RESPONDENT BY WAY OF STATUTES OF FRAUD UTILIZED PSYCHIATRIC PETITION FOR EVALUATION TO DOCKET A MANIFEST IN SAID BUSINESS ENTITY'S NAME AT THE FRANK CROWLEY COURT'S BUILDING, 133 N. RIVERFRONT BLVD, DALLAS, TEXAS 75207. FOR FIDUCIARY CONTROL IN ORDER TO BILL A LITANY OF DEBT OBLIGATION(S) IN SAID BUSINESS ENTITY'S NAME. TO THE TEXAS HEALTH AND HUMAN SERVICES. 5451 N. I-35, AUSTIN TEXAS 78723, FOR DAILY HOUSING FEE'S $800.00, MEDICAID BILL(S) FOR PSYCHIATRIC SERVICES AND MEDICATION WITHOUT PSYCHIATRIC RATIONAL, SNAP BENEFITS FOR DAILY MEAL(S), AS WELL AS TO GAIN ACCESS TO BANKING PRIVACY IRS FORM INFORMATION FOR TRANSFER OF FUNDS. THIS PREVENTED PRINCIPAL FROM GENERATING THE INCOME RECEIVED IN THE NAME OF SAID ENTITY. EMMANUEL EVANGEL ELDER, SS# XXX-XX-1309, OF, 1277 COVE AVE, APT 406, LAKEWOOD, OHIO 44107. ENTITY WAS IN WAREHOUSE STOREAGE. AT PARKLAND PSYCHIATRIC HOSPITAL, 111 COMMERCE BLVD, 3RD FL, POD 12, STOREROOM H, DALLAS TEXAS 75207. THIS WAS DONE WITHOUT PRINCIPAL SIGNATURE OR CONSENT. RESPONDENT IS LIABLE FOR PRINCIPAL BEING IN DEFAULT PAST DUE PAYMENT(S) OF SEVERAL DEBT OBLIGATION(S) OWED TO TEXAS HEALTH AND HUMAN SERVICES FOR BREACH OF CONTRACT FEE'S, ET AL.

2.) WITHIN THE LEW STERRETT JUSTICE CENTER, 111 COMMERCE BLVD, DALLAS COUNTY, DALLAS, TEXAS 75207, ON OR ABOUT OCT 22ND, 2020, TRANSMITTING UTILITY INCORPORATED BUSINESS ENTITY EMMANUEL ELDER ID # 4021807, OF, 1277 COVE AVE, APT 406, LAKEWOOD, OHIO 44107. IN ACCORDANCE TO MARITIME ADMIRALTY JURISDICTION OF ENTITY'S ARTICLES OF INCORPORATION NOTICE, COPYRIGHT INFRINGEMENT NOTICE, SCHEDULES OF FEE'S NOTICE, PROPERTY RECEIPT NOTICE WAS SEIZED BY MICHAEL PITTMAN TAX ID # 75-2388940, OF, 391 E. LAS COLINAS BLVD, SUITE 130-458, IRVING, TEXAS 75039, PH # 214-631-3663, WHEN SAID RESPONDENT UTILIZED PETITION FOR EVALUATION PURSUANT TO STATUTES OF FRAUD TO DOCKET A MANIFEST IN SAID BUSINESS ENTITY'S NAME AT THE FRANK CROWLEY COURTS BUILDING, 133 N. RIVERFRONT BLVD, DALLAS TEXAS 75207. FOR FIDUCIARY CONTROL DONE IN ORDER MAKE A PROFIT FOR HIMSELF OF $400.00, THAT WAS NOT GIVEN TO THE PRINCIPAL EMMANUEL EVANGEL ELDER, SS # XXX-XX-1309, OF, 1277 COVE AVE, APT 406, LAKEWOOD, OHIO 44107. AT THE TIME AND DATE THIS OCCURED, SAID ENTITY WAS IN WARE HOUSE STOREAGE AT, PARKLAND PSYCHIATRIC HOSPITAL, 111 COMMERCE BLVD, 3RD FL, POD 11, STOREAGE ROOM C, DALLAS TEXAS 75207. THIS WAS DONE WITHOUT SIGNATURE OF PRINCIPAL, WITHOUT NOTICE TO PRINCIPAL, WITHOUT EXPRESSED, WRITTEN OR IMPLIED CONSENT FROM PRINCIPAL, IN VIOLATION OF SAID PRIVATE SECURITY AGREEMENT(S). RESPONDENT IS LIABLE FOR BREACH OF CONTRACT FEE'S, COMPENSATION OF $400.00, ET AL

3.)    WITHIN THE LEW STERRETT JUSTICE CENTER, 111 COMMERCE BLVD, DALLAS, TEXAS 75207, TRANSMITTING UTILITY INCORPORATED BUSINESS ENTITY EMMANUEL ELDER ID# 4021807, OF, 1277 COVE AVE. APT 406, LAKEWOOD, OH 44107, IN ACCORDANCE TO MARITIME ADMIRALITY JURISDICTION OF ENTITY'S ARTICLES OF INCORPORATION NOTICE, COPYRIGHT INFRINGEMENT NOTICE, SCHEDULES OF FEE'S NOTICE, PROPERTY RECEIPT NOTICE, FOR WHICH ARE REGISTERED WITH THE OHIO SECRETARY OF STATE, WAS SEIZED BY MICHAEL PITTMAN TAX ID# 75-2388940, OF, PARKLAND PSYCHIATRIC DEPARTMENT 111 COMMERCE BLVD, DALLAS, TEXAS 75207, ON 10/28/2020, WHEN SAID RESPONDENT BY WAY OF STATUTES OF FRAUD UTILIZED PSYCHIATRIC PETITION TO DOCKET A ADOPTION MANIFEST IN SAID BUSINESS ENTITY'S NAME, AT THE FRANK CROWLEY COURT'S BUILDING, 133 N. RIVERFRONT BLVD DALLAS, TEXAS 75207. WITHOUT ANY HEARING WHATSOEVER. FOR WHICH IS A PRINCIPAL TRANSFER OF SAID BUSINESS ENTITY. THIS WAS DONE IN ORDER TO REVOKE SAID BUSINESS ENTITY'S $10,000 STORAGE DISCHARGE FEE ON 11/02/2020, BY WAY OF STATUTES OF FRAUD DEFINED AS UTILIZING A PSYCHIATRIC PETITION TO DOCKET A COMMITTMENT SO THAT HE COULD CONTINUE TO BILL DEBT OBLIGATION(S) TO TEXAS HEALTH AND HUMAN SERVICES, 5451 N.I-35, AUSTIN TEXAS 78723, IN SAID ENTITY'S NAME, I.e. DAILY HOUSING FEE'S $800.00, MEDICAL BILL(S), PSYCHIATRIC SERVICES AND MEDICATION(S). THIS PREVENTED PRINCIPAL FROM GENERATING AND OBTAINING INCOME RECEIVED, AND TO CONTINUE WAREHOUSE STOREAGE AT. PARKLAND PSYCHIATRIC HOSPITAL, 111 COMMERCE BLVD. 3RD FL POD 11 STORE ROOM C. DALLAS, TEXAS 75207, DATING 11/02/2020 UPTIL 10/27/2021. THIS WAS DONE WITHOUT PRINCIPAL'S SIGNATURE OR CONSENT. RESPONDENT IS LIABLE FOR BREACH OF CONTRACT FEE'S. AND DAMAGES.

# REQUEST FOR ORDER OF INJUNCTION

A.)    FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE
FOR ANDREW RIAZ AND MICHAEL PITTMAN TO PROVIDE
FINANCIAL STATEMENT INVOICE(S) TO THE TEXAS HEALTH
AND HUMAN SERVICES IN THE NAME OF EMMANUEL ELDER
TO THE COURT AS WELL AS TO EMMANUEL EVANGEL ELDER, PRINCIPAL.

B.)    FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE
FOR ANDREW RIAZ AND MICHAEL PITTMAN TO PROVIDE
FINANCIAL STATEMENT INVOICE(S) SENT TO THE TEXAS HEALTH
AND HUMAN SERVICES, FOR WAREHOUSE STOREAGE FEE'S
TO PAY LEW STERRETT JUSTICE CENTER. FOR DAILY, WEEKLY,
AND OR MONTHLY RATES, FOR EMMANUEL ELDER,
TO THE COURT AS WELL AS TO EMMANUEL EVANGEL ELDER, PRINCIPAL.

C.)    FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE
FOR ANDREW RIAZ AND MICHAEL PITTMAN TO PROVIDE
THE LEW STERRETT JUSTICE CENTER, (FACE SHEET). IN ORDER TO
IDENTIFY THE STORE ROOM ASSIGNMENT(S) EMMANUEL ELDER
OCCUPIED AT THE PARKLAND PSYCHIATRIC HOSPITAL.
TO THE COURT AS WELL AS TO EMMANUEL EVANGEL ELDER, PRINCIPAL.

D.)    FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE
FOR ANDREW RIAZ AND MICHAEL PITTMAN TO PROVIDE FINANCIAL
STATEMENT INVOICE(S) TO TEXAS HEALTH AND HUMAN SERVICES
FOR PSYCHIATRIC SERVICES THEY PERFORMED FOR PARKLAND
PSYCHIATRIC HOSPITAL.

P. 7.

# REQUEST FOR ORDER OF INJUNCTION

E.)     FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE FOR ANDREW RIAZ AND MICHAEL PITTMAN TO PROVIDE FINANCIAL STATEMENT INVOICE(S) TO THE TEXAS HEALTH AND HUMAN SERVICES FOR THE PSYCHIATRIC MEDICATION(S) RISPERDAL / DEPAKOTE / REMERON / GEODON / BOOST / ANTIBIOTIC /, ET AL, IN THE NAME OF EMMANUEL ELDER, TO THE COURT AS WELL AS TO EMMANUEL EVANGEL ELDER, PRINCIPAL.

F.)     FOR A ORDER TO COMPEL SPECIFIC PERFORMANCE FOR MICHAEL PITTMAN TO PROVIDE FINANCIAL STATEMENT INVOICE(S) TO THE TEXAS HEALTH AND HUMAN SERVICES FOR 10/28/2020 CONTRACT OF CONSERVATORSHIP OF ADOPTION OBTAINED BY MICHAEL PITTMAN TAX ID # 75-2388940, FOR THE PSYCHIATRIC COMMITTMENT AT THE PARKLAND PSYCHIATRIC HOSPITAL FOR EMMANUEL ELDER ID # 4021807 DATING 10/28/2020 THRU 07/02/2021, AND FROM 07/03/2021 THRU 10/27/2021.

THE RATIONAL IS THAT THE 120 DAYS TO HAVE EMMANUEL ELDER ID # 4021807, COMMITTED FOR EVALUATION LAPSED AFTER NOV 02, 2020, AND WAS VOID THEREAFTER 07/02/2021 AFTER PETITIONER PETITIONED FOR TIME SEVERED, AND THAT THE COMMITTMENT AT PARKLAND PSYCHIATRIC HOSPITAL ENDED ON 07/02/2021, AND THAT THE COMMITTMENT THEREAFTER UP UNTIL 10/27/2021, AND THE COMMITTMENT AT THE TERRELL STATE HOSPITAL, IS BEING CONTINUED UNDER 10/28/2020 CONSERVATORSHIP OF ADOPTION, THAT STARTED ON 10/27/2021.

6.)

FACT'S IN SUPPORT OF A ORDER FOR INJUNCTION, SPECIFIC PERFORMANCE, PRELIMINARY INJUNCTION, RESTRAINING ORDER, RECISSIO, RESTITUTION AND DISCHARGE OF EMMANUEL ELDER ID# 4021807, FROM THE 10/28/2020 CONSERVATORSHIP OF ADOPTION DOCKET ENTRY MANIFEST CONTRACT, AND THE 11/02/2020 PSYCHIATRIC EVALUATION FOR COMPETENCY DOCKET ENTRY MANIFEST CONTRACT. THE AFOREMENTIONED HAVE BEEN OBTAINED WITHOUT NOTICE TO THE PRINCIPAL, EXPRESSED, WRITTEN OR IMPLIED CONSENT, OR SIGNATURE(S), WITHOUT A CLERK OF THE COURT TIME STAMP, WITHOUT THE NAME OF THE JUDGE OR LEGIBLE SIGNATURE, WITHOUT THE NAME(S) OF ANY PARTY'S AGENT WHATSOEVER, THAT A SUBPOENA CAN BE ADDRESSED AND OR LOCATED FOR THE REDRESS OF THE GRIEVANCE(S) AS STATED IN THIS ACTION, FOR WHICH DEFINES BREACH OF CONTRACT(S) AND NEGLIGENCE, AND STATUTES OF FRAUD.

ON 10/27/2021 EMMANUEL ELDER ID# 4021807 WAS DISCHARGED FROM THE LEW STERRETT JUSTICE CENTER, AND TRANSPORTED IN MARITIME ADMIRALITY TO THE TERRELL STATE HOSPITAL, OF 1200 E. BRIN STREET, TERRELL, TEXAS 75160 PURSUANT TO THE 10/28/2020 CONSERVATORSHIP OF ADOPTION, AND THE 11/02/2020 PSYCHIATRIC EVALUATION FOR COMPETENCY. AND MARK D. MESSER, DIRECTOR OF OPERATION(S), SUPERINTENDENT, TERRELL STATE HOSPITAL, 1200 E. BRIN STREET, TERRELL, TEXAS 75160 IS GOING TO SEND SAID ENTITY BACK TO THE LEW STERRETT JUSTICE CENTER, AND GIVES REASON FOR THE REQUEST FOR A RESTRAINING ORDER AND A ORDER FOR INJUNCTION TO COMPEL DISCHARGE FOR BOTH TERRELL STATE HOSPITAL AS WELL AS THE LEW STERRETT JUSTICE CENTER, AND THE TEXAS HEALTH AND HUMAN SERVICES.

Testimony - Revised, February 2006

VOL _____ PAGE _____

CAUSE NO. F-2057133

THE STATE OF TEXAS                                          IN THE JUDICIAL 283rd

VS.                                                        DISTRICT COURT

ELDER, EMMANUEL                                            DALLAS COUNTY, TEXAS

## JUDGMENT
### UNCONTESTED - INCOMPETENT TO STAND TRIAL
### IN-PATIENT MENTAL HEALTH SERVICES

The Court having determined that evidence exists to support a finding of incompetency; and the Court, the attorney for the Defendant, and the attorney for the State each having agreed that the Defendant is incompetent to stand trial and that no hearing is necessary;

The Court therefore finds by a preponderance of the evidence that the Defendant is presently incompetent to stand trial.

The Court then proceeded to hear competent medical or psychiatric testimony on the issue of whether to release the Defendant on bail or commit the Defendant to a mental health or residential care facility;

Having considered the evidence, the Court finds by clear and convincing evidence that the Defendant is a danger to others and may not be safely treated on an out-patient basis for the purpose of attaining competency to stand trial;

The Court further finds that the Defendant is not charged with an offense listed in Article 17.032(a) of the Code of Criminal Procedure, and that the indictment in this cause does not seek an affirmative finding of a deadly weapon under Article 42.12, Section 3g(a)(2) of the Code of Criminal Procedure;

IT IS THEREFORE ORDERED that the Defendant is committed to an inpatient mental health facility designated by North Texas State Hospital for a period not to exceed 120 days from the date the Defendant is admitted to the facility for further examination and treatment toward the specific objective of attaining competency to stand trial. The Defendant is remanded to the custody of the Sheriff of Dallas County for transportation to the designated facility.

IT IS FURTHER ORDERED that a copy of this judgment shall accompany the Defendant along with copies of the reports of each expert, any psychiatric, psychological, or social work reports relating to the mental condition of the Defendant, any documents provided by the attorneys that relate to the Defendant=s current or past mental condition, copies of the indictment or information and any supporting documents used to establish probable cause in the case, the Defendant=s criminal history record, the addresses of the State=s attorney and the attorney for the Defendant, and a transcript of all medical testimony received by the Court or the jury.

SIGNED this _____ day of _____ NOV - 2 2020 _____, 20___

_____
JUDGE

P. 10

# Michael Pittman, M.D., P.A.

Forensic and General Psychiatry

STATEMENT OF PROFESSIONAL SERVICES

October 22, 2020
(Date seen: 10-22-20)

Honorable Lela Mays
283rd Judicial District Court
Lock Box 33
Frank Crowley Criminal Court Building
133 North Riverfront Boulevard
Dallas, TX 75207-4313

Re:     Elder, Emmanuel
Cause#: F2057133

| | |
|---|---|
| Psychiatric evaluation and written report and preparation of Physician's Certificate (633) | $400.00 |
| TOTAL CHARGES | $400.00 |

*Michael Pittman, M. D.*

Michael Pittman, M.D.
Tax ID# 75-2388940

5011 E. Las Colinas Blvd • Suite 130-458 • Irving, Texas 75039 • (214) 634-3663 • Fax (469) 384-3917

E 2 0 5 7 1 3

Elder Emmanuel

### PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
### FOR MENTAL ILLNESS

Michael Pigman, MD, 391 E. Las Colinas Blvd

sang. 16-TX Irving, TX 75039

22                              October    , 20

Lew Sterret Jail

Elder Emmanuel

Lew Sterret Jail, Dallas, TX

...psychotic disorder not otherwise specified

None--evaluation only

See Addendum

P. 12



# Dallas County Felony and Misdemeanor Courts Case Information

NAME ENTERED ELDER EMMANUEL NAME TYPE DF

| LN | | ARC | RS | DOB | CASE/BOND | CT | CHARGE | DISP |
|---|---|---|---|---|---|---|---|---|
| 01 | ELDER EMMANUEL | | BM | 122566 | F-2057133 | FT | BURG.BLDG | |

Copyright © 2021 Dallas County Online. All Rights Reserved.

P. 13

F2057133

Elder, Emmanuel

## PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
### FOR MENTAL ILLNESS

Michael Putman, MD, 591 E. Las Colinas Blvd

Suite 436-438, Irving, TX 75039

22                                    October          20

Lew Sterrett Jail

Elder, Emmanuel

Lew Sterrett Jail, Dallas, TX

a psychotic disorder not otherwise specified

None--evaluation only

See Addendum

| Judgment\File Date | Document Type | Comment | Case Number |
|---|---|---|---|
| 7/20/2021 | Motion - Time Served - Crim Plead DC | | F2057133 |
| 2/10/2021 | Defendant Correspondence | | F2057133 |
| 11/6/2020 | Competency - Miscellaneous | CONFIRMATION | F2057133 |
| 11/4/2020 | Competency - Clerk Certificate | | F2057133 |
| 11/2/2020 | Competency - Commitment | | F2057133 |
| 10/29/2020 | Jail Dispo | | F2057133 |
| 10/28/2020 | Magistrate Referral | | F2057133 |
| 10/28/2020 | Docket Sheet Crim | | F2057133 |
| 10/28/2020 | Competency - Adopting Magistrate | | F2057133 |
| 10/14/2020 | Pass Slips | | F2057133 |
| 10/7/2020 | Order - Competency Exam - Crim Plead DC | | F2057133 |
| 10/6/2020 | Appointment of Attorney | | F2057133 |
| 9/20/2020 | Appointment of Attorney | | F2057133 |
| 9/14/2020 | Indictment | | F2057133 |
| 9/14/2020 | Docket Sheet Crim | | F2057133 |
| 8/10/2020 | Preliminary Initial Appearance | | F2057133 |
| 8/10/2020 | Arraignment Sheet | | F2057133 |
| 8/10/2020 | Bond Findings - Crim Plead DC | | F2057133 |
| 8/10/2020 | Conditions of Bond | | F2057133 |
| 8/10/2020 | Election of Counsel | | F2057133 |
| 8/10/2020 | Vienna Convention - Mag's Admon on Consular Rel | | F2057133 |
| 8/9/2020 | Police Report | | F2057133 |

P. 15

Case 1:22-cv-00024-RP    Document 1    Filed 01/03/22    Page 18 of 25

| | |
|---|---|
| **Patient Name:** | ELDER, EMMANUEL |
| **Book-in Number:** 20027525 | |
| **Date of Birth:** 12/25/1966 | |
| **Age:** 53 year | |
| **Race:** B | |
| **Jail Tower:** WEST TOWER 03P | |
| **Tank:** 03P 11 | |
| **AIS Number:** 3099344 | |
| **Parkland MRN:** | |
| **Date:** 08/10/2020 12.43 | |

P.16

questions during assessment, and therefore, patient has been placed on suicidal watch in crisis tank. Patient reports "I was not suicidal before, and I am not suicidal now". Patient reports "I travelled from Chicago, Illinois to Atlanta, Georgia and then by bus to Dallas, Texas by bus. Patient reports he spent night in bus station. According to the patient who claimed rented a house online, went to the location, while sitting in the porch, expecting an envelope with keys, he was greatly disappointed when he was arrested. Patient reports he was functioning good before arrest, had never been in psychiatric treatment in his life. Patient reports "they made me responsible for lies", when he is asked who are "they". He responds "they are my enemies who lied against me". Patient denies depressed mood, irritable, anger issues, isolation, decrease or increased activity, insomnia, and anxiety. Patient denies any abuse/trauma. No h/o flashbacks/recurrent dreams/intrusive thoughts/emotional numbing. Patient states he is eating. Patient denies being fearful. Patient also is seen joked with psychiatrist "are you going to follow my Facebook?". Patient says "many people followed his Facebook in the past". Patient states he has been doing well.  At one point, he went back to his bunk, says to psychiatrist "you want to kick me out here". However, patient then came to psychiatrist and correct himself. Patient makes good rapport with psychiatrist. He denies having suicidal or homicidal ideation or thought. His judgment is adequate, he could take responsibility. He has adequate control on impulse.


**ROS** is otherwise negative

**Patient denies current suicidal ideations**
 Suicide attempt: Denies

**Patient denies homicidal ideation.**
 History of violence: Denies

**Past psychiatric history**

None reported

**Substance abuse history:**

Patient denies drinking alcohol (hard liquor), denies smoking cigarette and denies other illicit drugs.

**Social history:**

Patient was born in North Carolina. Although he has          in other state, he has no place to stay in Dallas. He is single, has no children, has no girlfriend, and has not been working couple of years. Patient reports he had been a truck trailer driver for 30 years, receives no benefit of SSI/SSD.

Parkland Health & Hospital System
Dallas, Texas

Correctional Health Services

PSYCHIATRIC PROVIDER PROGRESS NOTE

Page 2 of 3

Book-in Number: 20027525
Date of Birth: 12/25/1966
Age: 54 year
Race: B
Jail Tower   WEST TOWER 03P
Tank: 03P 01
AIS Number: 3099344
Parkland MRN:
Date: 08/15/2021 17.22

P.17

Respiration    19 / min
O2Saturation  98 %
Weight
Height         74 In
Rate Pain Scale (1-10)

## Psychiatric Progress Note

Patient is seen sitting over commode seat most of the time. When he is approached, he gets up and remains seated in the commode, he came to talk to psychiatrist. Patient starts asking questions when he is informed what he wants to know from psychiatrist. He asks following questions

(1) "I have difficulty to talk to you"

(2) "You open up a second case against me"

(3) "I have already pending issue against me in criminal court"

(4) "I have never seen your medical license"

(5) "A lot of things happen against me, my civil rights"

(6) In order to gain fiduciary contact over my financial business and tax record"

(7) "I am not taking any medication at present"

(8) "I do need a competency hearing"

(9) "I am not in position to determine"

Patient is remains silent with long pause. He is defiant he is not going to take any medication. Patient is psychotic he is paranoid in ideation. He is at risk of harming self or others

### Diagnosis:

Schizophrenia

### Assessment:

Patient meets the criteria for schizophrenia, he has past history of auditory hallucination, and He is psychotic, paranoid thought in delusional thought content. He appears to be internally preoccupied.

### Rationale for crisis observation

Patient has been not taking his medication, he is isolative, paranoid, illogical in thinking, he is unable to attend to his self-care

Signature of Psychiatric Healthcare Professional    Printed Name of Healthcare Professional    ID Number    Date Time

REIMBURSEMENT DEPARTMENT
P.O. BOX 70
TERRELL, TX 75160

PFS-1 Form
STATEMENT/RE/HEALTH FACILITY

Complete all spaces. Indicate if requested information is unknown, not applicable, or none.
Obtain copies of all insurance cards, front and back.

*Military*

**Parents of Minors – Attach Evidence of Net Taxable Income**

1. **CLIENT INFORMATION**

Client Name: Emmanuel Elder

Street Name: ▓▓▓▓▓▓▓▓▓▓

City, State, Zip: ▓▓▓▓

Date of Birth: ▓▓▓▓

Client's Employer: none

U.S. Citizen: ☑ Yes ☐ No

Case Number: 121033

Phone Number: none

Social Security: ▓▓▓▓

Place of Birth: North Carolina Burgaw

Marital Status: Single

Gross Monthly Salary: none

Prior hospitalization within the last 12 months? ☑ Yes ☐ No    Parkland last 15 months
FROM                                    THROUGH

2. **INSURANCE COVERAGE FOR CLIENT**

Policyholder's Name: None

Insurance Company _____

Address _____
_____
_____

Relationship to Patient: _____

Policyholder's SS # _____
Employer (if group policy): _____
Policy Number _____
Group Number _____
Phone Number _____

3. **ADDITIONAL INSURANCE**

Policyholder's Name: none

Insurance Company _____

Address _____
_____
_____

Relationship to Patient: _____

Policyholder's SS # _____
Employer (if group policy): _____
Policy Number _____
Group Number _____
Phone Number _____

4. **CLIENT'S MEDICARE/MEDICAID**

Medicare Number: none

Part A ☐ Yes ☐ No

Part B ☐ Yes ☐ No

Medicaid Recipient No: none

Name Shown on Card _____
Part A Effective Date _____
Part B Effective Date _____

Name Shown on Card _____
Medicaid Effective Date _____

**COORDINATION OF BENEFITS:** Other than the insurance coverage disclosed above, the client has no other health insurance coverage.

X _____                                    Date 10-27-2021
Signature of policyholder or other adult covered person

**ASSIGNMENT OF BENEFITS:** I hereby assign all payments due from any third-party carrier, including but not limited to private and group insurance, Medicare, or other health plan to _____ TERRELL STATE HOSPITAL _____

X _____    Name of facility 10-27-2021
Signature of policyholder or other adult covered person    Date

*Holly Reimbursement*                                    PFS-1 (Rev 9/20201

Is there a court appointed guardian of the client's estate or person?  ☐ Estate  ☐ Person  ☐ Both  ☐ No

R. 19

County _____    Probate Number _____

Guardian's Name _____    Relationship to Client _____

Street Address _____    Work Phone Number _____

City, State, Zip _____    Home Phone Number _____

(Attach copy of letter of guardianship and most recent annual accounting)

**6.   CLIENT'S BENEFITS AND INCOME VERIFICATION**

|  | Yes | No | Amount | Claim Number (if known) | Paid To: |
|---|---|---|---|---|---|
| Social Security |  | / |  |  |  |
| Veteran's Benefits |  | / |  |  |  |
| Civil Service Benefits |  | / |  |  |  |
| Other |  | / |  |  |  |

**7.   CLIENT'S REAL ESTATE AND PERSONAL PROPERTY**

|  | Yes | No | Value | Amount Owed/Account Number | Location |
|---|---|---|---|---|---|
| Home |  |  | 189K |  | Chicago |
| Other Property |  | / | condo 170K |  | Lakewood |
| Checking Account |  |  | 1.0 |  |  |
| Savings Account |  | / |  |  |  |

**8.   SPOUSE OR PARENT (circle one) INCOME INFORMATION**

*SPOUSES report GROSS income   PARENTS report NET TAXABLE income*

Name _____    Social Security Number _____

Street Address _____    Home Phone Number _____

City, State, Zip _____    Work Phone Number _____

Monthly/Annual Salary _____    Other Income _____

N/A

Name _____    Social Security Number _____

Street Address _____    Home Phone Number _____

City, State, Zip _____    Work Phone Number _____

Monthly/Annual Salary _____    Other Income _____

**9.   NUMBER OF CLIENT'S DEPENDENTS (INCLUDES SPOUSE):** 0 _____

**10.   *FOR ADULT CLIENTS ONLY* – SPOUSE'S REAL ESTATE & PERSONAL PROPERTY**

|  | Yes | No | Value | Amount Owed/Account Number | Location |
|---|---|---|---|---|---|
| Home |  |  |  |  |  |
| Other Property |  |  | N/A |  |  |
| Checking Account |  |  |  |  |  |
| Savings Account |  |  |  |  |  |

**11.   OTHER INFORMATION** – Please describe any additional financial assets in the space below, or on the back. (Include life insurance, certificates of deposits, investments, burial/cremation policies and values, etc., attach copies, etc.)

has life/burial + trusts ; no investments

I certify that the information provided herein is true and correct to the best of my knowledge

_____    10-27-2021
Signature of person completing the Financial Form    Date

Emmanuel Elder

_____    SELF
Print name here    Relationship to Client

PFS-1 (Rev. 9/2020)

# TEXAS
## Health and Human Services

Texas Health and Human Services Commission

P.20

Cecile Young
*Executive Commissioner*

Terrell State Hospital
Mark Messer, D.O., Superintendent
1200 E. Brin St. • Terrell, TX 75160
(972) 524-6452 •

Terrell State Hospital does not itemize billing, however there is a flat rate charged each day with all charges being all-inclusive.

Inpatient Services
$687

Child and Adolescent
$769

Geriatric Services
$840

*Rates effective 10/1/2021
Any questions regarding rates should be directed to the Reimbursement Department.
(972) 551-8730

| Judgment\File Date | Document Type | Comment | Case Number |
|---|---|---|---|
| 7/20/2021 | Motion - Time Served - Crim Plead DC | | F2057133 |
| 2/10/2021 | Defendant Correspondence | | F2057133 |
| 11/6/2020 | Competency - Miscellaneous | CONFIRMATION | F2057133 |
| 11/4/2020 | Competency - Clerk Certificate | | F2057133 |
| 11/2/2020 | Competency - Commitment | | F2057133 |
| 10/29/2020 | Jail Dispo | | F2057133 |
| 10/28/2020 | Magistrate Referral | | F2057133 |
| 10/28/2020 | Docket Sheet Crim | | F2057133 |
| 10/28/2020 | Competency - Adopting Magistrate | | F2057133 |
| 10/13/2020 | Witness Slips | | F2057133 |
| 10/7/2020 | Order - Competency Exam - Crim Plead DC | | F2057133 |
| 10/5/2020 | Appointment of Attorney | | F2057133 |
| 9/20/2020 | Appointment of Attorney | | F2057133 |
| 9/14/2020 | Indictment | | F2057133 |
| 9/14/2020 | Docket Sheet Crim | | F2057133 |
| 8/10/2020 | Preliminary Initial Appearance | | F2057133 |
| 8/10/2020 | Arraignment Sheet | | F2057133 |
| 8/10/2020 | Bond Findings - Crim Plead DC | | F2057133 |
| 8/10/2020 | Conditions of Bond | | F2057133 |
| 8/10/2020 | Election of Counsel | | F2057133 |
| 8/10/2020 | Vienna Convention - Mag's Admon on Consular Rel | | F2057133 |
| 8/9/2020 | Police Report | | F2057133 |

Elder, Emmanuel
December 4, 2020
Page 4

**Opinion.**

It is my opinion to a reasonable degree of psychological certainty, that Mr. Emmanuel Elder is competent to stand trial. He demonstrated an adequate factual, as well as rational, understanding of court personnel and the proceedings against him. He can engage in a meaningful interchange regarding his current charge; to assist his attorney in preparing a defense; and to conform his behavior to the decorum of a courtroom. His current mental status indicates that he has adequate attention, intelligence, memory, as well as alertness, logical thinking, and coherence to participate in his defense.

**Recommendations.**

It is recommended that Mr. Elder return to court and his court proceedings be initiated expeditiously to minimize the adverse impacts that detention may have on his overall mental state.

David E. Mills, Psy.D.
Licensed Psychologist, State of Texas #37282
Terrell State Hospital

CERTIFICATE OF SERVICE

I, THE PETITIONER, EMMANUEL EVANGEL ELDER, DUE HEREBY CERTIFY ON THIS, ___26TH___, DAY OF ___DEC___, 2021, THAT I DID MAIL BY US. POSTAL ONE TRUE AND CORRECT COPY, AND ONE COPY TO THE CLERK OF THE US. FEDERAL COURTHOUSE, WITH INSTRUCTIONS TO SERVE THE RESPONDENT'S.

CLERK OF THE COURT
US. FEDERAL COURTHOUSE
501 W.5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

ANDREW RIAZ,
MICHAEL PITTMAN,
111 COMMERCE BLVD,
DALLAS, TEXAS 75207,
                RESPONDENT'S.

PRESIDING JUDGE
US. FEDERAL COURTHOUSE
501 W.5TH STREET,
SUITE 1100,
AUSTIN, TEXAS 78701

MICHAEL PITTMAN,
391 E.LAS COLINAS BLVD,
SUITE 130-458,
IRVING, TEXAS 75039,
                RESPONDENT.

ALTERNATIVE ADDRESS
EMMANUEL ELDER
LEW STERRETT JAIL
111 COMMERCE BLVD
DALLAS TEXAS 75207

_Emmanuel Evangel Elder_
EMMANUEL EVANGEL ELDER,
1200 E. BRIN STREET,
TERRELL, TEXAS 75160
                PETITIONER